**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Tina Lerma,

                    Plaintiff(s),

        vs.

Launch Servicing,LLC, Equifax Information
Services, LLC, Experian Information
Solutions, Inc., TransUnion LLC
               Defendant(s).

Case #2:26-cv-01798-APG-BNW

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Shelby J. Radecki_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Loker Law, APC_____
                   (firm name)

with offices at _____132 Bridge Street_____,
                       (street address)

____Arroyo Grande____, ____California____, ___93420___,
     (city)               (state)         (zip code)

____(805) 623-0633____, ____shelby.radecki@loker.law____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Tina Lerma_____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Doc ID: 1690cfad9ae7c1577bb843ad36cbc96f54e5daed

3.    That since _____5/23/2024_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | January 2026 | 355303 |
| Eastern District of California | January 2026 | 355303 |
| Southern District of California | January 2026 | 355303 |
| Northern District of Californi | January 2026 | 355303 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

Doc ID: 1690cfad9ae7c1577bb843ad36cbc96f54e5daed

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of California.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

Doc ID: 1690cfad9ae7c1577bb843ad36cbc96f54e5daed

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Shelby Jackson Radecki*
Petitioner's signature

STATE OF ~~California~~ Florida

COUNTY OF ~~San Luis Obispo~~ Gulf

_____ Shelby J. Radecki _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Shelby Jackson Radecki*
Petitioner's signature

Subscribed and sworn to before me this

18 day of June 2026, _____.

Notary Public or Clerk of Court

Notarized remotely online using communication technology via Proof.

CHRISTOPHER TRUITT
Notary Public - State of Florida
Commission # HH 753175
Expires on January 6, 2030

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Kevin L. Hernandez _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 8920 W. Tropicana Avenue , Suite 101 _____,
(street address)

_____ Las Vegas _____, _____ Nevada _____, _____ 89147 _____,
(city)                          (state)            (zip code)

_____ 702-563-4450 _____, _____ kevin@hernandezandmassi.com _____.
(area code + telephone number)            (Email address)

4

Rev. 5/16

Doc ID: 1690cfad9ae7c1577bb843ad36cbc96f54e5daed

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Kevin L. Hernandez _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

Tina Lerma
06/30/2026 23:47:53 UTC

_____
(party's signature)

Tina Lerma
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Kevin Hernandez
06/26/2026 20:06:19 UTC

_____
Designated Resident Nevada Counsel's signature

12594                            kevin@hernandezandmassi.com
_____
Bar number                       Email address

APPROVED:

Dated: this 2nd day of ____July____, 20 26.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Doc ID: 1690cfad9ae7c1577bb843ad36cbc96f54e5daed

**Dropbox Sign**

Audit trail

| | |
|---|---|
| **Title** | Lerma Tina  26.06.18  Phv Petition  Sjr.pdf |
| **File name** | Lerma_Tina_-_26.0...etition_-_SJR.pdf |
| **Document ID** | 1690cfad9ae7c1577bb843ad36cbc96f54e5daed |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

**This document was requested on kevinhernandezlaw.cliogrow.com and signed on kevinhernandezlaw.cliogrow.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **06 / 26 / 2026** 20:00:50 UTC | Sent for signature to Tina Lerma (tcfl5@yahoo.com) and Kevin Hernandez (kevin@hernandezandmassi.com) by services@clio.com acting on behalf of olga@hernandezandmassi.com IP: 24.120.241.6 |
| **VIEWED** | **06 / 26 / 2026** 20:05:56 UTC | Viewed by Kevin Hernandez (kevin@hernandezandmassi.com) IP: 100.24.129.5 |
| **SIGNED** | **06 / 26 / 2026** 20:06:19 UTC | Signed by Kevin Hernandez (kevin@hernandezandmassi.com) IP: 174.234.85.179 |
| **VIEWED** | **06 / 30 / 2026** 23:09:08 UTC | Viewed by Tina Lerma (tcfl5@yahoo.com) IP: 24.120.241.6 |
| **SIGNED** | **06 / 30 / 2026** 23:47:53 UTC | Signed by Tina Lerma (tcfl5@yahoo.com) IP: 70.170.100.188 |
| **COMPLETED** | **06 / 30 / 2026** 23:47:53 UTC | The document has been completed. |

Powered by **Dropbox Sign**

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/27/2026

**LICENSEE NAME:** Shelby Jackson Radecki

**LICENSEE BAR NUMBER:** 355303

**LICENSEE STATUS:** Active

**ADMIT DATE:** 5/23/2024

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Shelby Jackson Radecki's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*