**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Tina Lerma,

        Plaintiff(s),

        vs.

Launch Servicing,LLC, Equifax Information
Services, LLC, Experian Information
Solutions, Inc., TransUnion LLC
        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-01798-APG-BNW

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Matthew M. Loker_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Loker Law, APC
(firm name)

with offices at _____132 Bridge Street_____,
                  (street address)

_____Arroyo Grande_____, _____California_____, 93420,
      (city)                 (state)       (zip code)

_____(805) 994-0177_____, _____matt.loker@loker.law_____.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Tina Lerma_____ to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Doc ID: 6b702b7969e5b00358e712c23a8e4646a8ea5314

3.     That since _____December 2011_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| CALIORNIA | December 2, 2011 | 279939 |
| TEXAS | May 18, 2017 | 2410244, Inactive |
| WASHINGTON | August 24, 2017 | 52412, Inactive |
| Central District of California | March 1, 2012 | |
| Southern District of California | October 23, 2012 | |
| Eastern District of California | June 19, 2013 | |
| Northern District of California | May 31, 2013 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE.

2

Rev. 5/16

Doc ID: 6b702b7969e5b00358e712c23a8e4646a8ea5314

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE.

7.    That Petitioner is a member of good standing in the following Bar Associations.

SAN LUIS OBISPO COUNTY BAR ASSOCIATION

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 7, 2020 | 20-cv-15-LRH-CLB | District of Nevada | Granted |
| May 19, 2020 | 20-cv-874-RFB-BNW | District of Nevada | Granted |
| July 22, 2022 | 21cv2261-ART-BNW | District of Nevada | Granted |
| October 30, 2024 | 22-cv-1418-RFB-BJY | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Matthew M. Loker*

Petitioner's signature

STATE OF ~~California~~ ) Texas *HB*

COUNTY OF ~~San Luis Obispo~~ ) Harris *HB*

_____ Matthew M. Loker _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Matthew M. Loker*

Petitioner's signature

Subscribed and sworn to before me this

18th day of June , 2026 .

Hadiza

Hadiza Begum
ID NUMBER
135541900
COMMISSION EXPIRES
December 3, 2028

Notary Public or Clerk of Court

Electronically signed and notarized online using the Proof platform.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Kevin L. Hernandez _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 8920 W. Tropicana Avenue, Suite 101 _____,
(street address)

Las Vegas , Nevada , 89147 ,
(city)         (state)      (zip code)

702-563-4450 , kevin@hernandezandmassi.com .
(area code + telephone number)      (Email address)

4

Rev. 5/16

Doc ID: 6b702b7969e5b00358e712c23a8e4646a8ea5314

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kevin L. Hernandez_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Tina Lerma
06/26/2026 21:01:49 UTC
_____
(party's signature)

Tina Lerma
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Kevin Hernandez
06/26/2026 20:12:01 UTC
_____
Designated Resident Nevada Counsel's signature

12594                          kevin@hernandezandmassi.com
_____
Bar number                     Email address

APPROVED:

Dated: this 2nd day of July, 20 26.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Doc ID: 6b702b7969e5b00358e712c23a8e4646a8ea5314