Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TINA LERMA,<br><br>          Plaintiff,<br><br>     v.<br><br>LAUNCH SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC,<br><br>          Defendants. | Case No. 2:26-cv-01798-APG-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: June 12, 2026 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Tina Lerma ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed the Complaint on June 12, 2026, (ECF No. 1) and currently Experian's responsive pleading is due on or about July 15, 2026. Experian has just retained undersigned counsel. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until August 12, 2026, to file its responsive pleading. This is Experian's first request for an extension of time to

respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Experian an opportunity to more fully investigate the claims alleged after retention of counsel.

**IT IS SO STIPULATED.**

Dated this 6th of July 2026.

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
    Jennifer L. Braster
    Nevada Bar No. 9982
    10100 W Charleston Blvd, Suite 120
    Las Vegas, Nevada 89135
    Telephone: (702) 420-7000

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

HERNANDEZ & MASSI

By: /s/ Kevin L. Hernandez
    Kevin L. Hernandez
    Nevada Bar No. 12594
    8920 W. Tropicana Avenue, Suite 101
    Las Vegas, Nevada 89147

    LOKER LAW, APC
    Matthew M. Loker
    Shelby J. Radecki
    132 Bridge Street
    Arroyo Grande, CA 93420

*Attorneys for Plaintiff*
*Tina Lerma*

**IT IS SO ORDERED.**

Dated this 7th of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE