HOLLAND & KNIGHT LLP
Andrew M. Cummings
Nevada Bar No. 14505
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Tel: 949.833.8550
Fax: 949.833.8540
andrew.cummings@hklaw.com

LEX DOMUS LAW
Brandi M. Segura
Nevada Bar No. 11710
5798 S. Durango Dr., Ste. 105
Las Vegas, NV 89113
brandi@lexdomuslaw.com

Attorneys for LAUNCH SERVICING, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TINA LERMA,

          Plaintiff,

      vs.

LAUNCH SERVICING, LLC;
EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:26-cv-01798-APG-BNW

**DEFENDANT LAUNCH SERVICING LLC'S AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

**[FIRST REQUEST]**

Complaint Filed: June 12, 2026

Defendant Launch Servicing, LLC ("**Launch**") and Plaintiff Tina Lerma ("**Plaintiff**"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Launch to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed the Complaint on June 12, 2026, (ECF No. 1) and currently Launch's responsive pleading is due on or about July 15, 2026. Launch has just retained

STIPULATION TO EXTEND TIME

undersigned counsel. This first extension will allow Launch an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved shortly. Plaintiff and Launch stipulate and agree that Launch shall have an extension until August 5, 2026, to file its responsive pleading. This is Launch's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Launch an opportunity to more fully investigate the claims alleged after retention of counsel.

**IT IS SO STIPULATED.**

Dated this 13th Day of July 2026

| | |
|---|---|
| HERNANDEZ & MASSI<br>By: */s/ Kevin L. Hernandez* | HOLLAND & KNIGHT LLP<br>By: */s/ Andrew Cummings*<br>Andrew Cummings |
| Kevin L. Hernandez<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147 | Nevada Bar No. 14505<br>4675 MacArthur Court, Suite 900<br>Newport Beach, CA 92660 |
| LOKER LAW, APC<br>Matthew M. Loker<br>Shelby J. Radecki<br>132 Bridge Street<br>Arroyo Grande, CA 93420 | LEX DOMUS LAW<br>Brandi M. Segura<br>Nevada Bar No. 11710<br>5798 S. Durango Dr., Ste. 105<br>Las Vegas, NV 89113 |
| *Attorneys for Plaintiff Tina Lerma* | *Attorneys for Defendant LAUNCH SERVICING, LLC* |

**IT IS SO ORDERED.**

Dated this 14th of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Tel: 949.833.8550
Fax: 949.833.8540

- 2 -

STIPULATION TO EXTEND TIME

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of HOLLAND & KNIGHT LLP and on this 13th day of July 2026, I caused the document **DEFENDANT Launch Servicing LLC's AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Andrew Cummings*
HOLLAND & KNIGHT LLP

Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, CA  92660
Tel: 949.833.8550
Fax: 949.833.8540

- 3 -
STIPULATION TO EXTEND TIME